IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

REBECCA LEET, )
      )
    Plaintiff, ) No. C07-1307-RSL
      )
v. )
  ) ORDER
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
  )
    Defendant. )
_____)

    Based on the response by the Commissioner (Dkt. No. 22), the Court hereby awards Plaintiff's counsel, Robert A. Friedman, $5,526.46 in attorney fees and $58.13 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), and $16.75 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total award of $5,601.34.

  Dated this 22nd day of July, 2008.

                                                      /s/ Robert S. Lasnik
                                                      Robert S. Lasnik
                                                      United States District Judge

Recommended for entry
this 21st day of July, 2008:

s/ JAMES P. DONOHUE
JAMES P. DONOHUE
United States Magistrate Judge

Order - 1