UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA LEET, | Case No. 07-cv-1307-RSL-JPD |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

This matter comes before the Court upon Plaintiff's Motion for Attorneys Fees Pursuant to 42 U.S.C. § 406(b). Dkt. No. 25. The Court has considered the contentions of Plaintiff and Defendant's statement that he has no objection to the request. Dkt. No. 27. Now, therefore, the Court ORDERS as follows:

The Court grants Plaintiff's motion, Dkt. No. 25, and authorizes an attorney's fee award of $14,933.50, in accordance with 42 U.S.C. § 406(b). Plaintiff's counsel, Robert A.

///

///

ORDER
PAGE - 1

Friedman, is directed to pay Plaintiff the amount of $5,526.46, the attorney's fees the Defendant paid him under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

DATED this 12th day of February, 2010.

*[signature]*
Robert S. Lasnik
United States District Judge

Recommended for entry this
12th day of February, 2010.

s/ JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2